IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00127-WYD-MEH

MARK BUBEN,

    Plaintiff,

v.

CITY OF LONE TREE,
LONE TREE POLICE DEPARTMENT,
DWIGHT BERRY, individually and in his official capacity as an officer,
SCOTT CAVENAH, individually and in his official capacity as Sergeant,
DAVID BROWN, individually and in his official capacity as Commander, and
STEPHEN P. HASLER, individually and in his official capacity as Chief of Police,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2009.**

    Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [filed January 30, 2009; docket #19] is **granted**. The Clerk of Court is directed to accept the document at Docket #19-2, identified as the First Amended Complaint.