IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00127-WYD-MEH

MARK BUBEN,

    Plaintiff,

v.

CITY OF LONE TREE,
LONE TREE POLICE DEPARTMENT,
DWIGHT BERRY, individually and in his official capacity as an officer,
SCOTT CAVENAH, individually and in his official capacity as Sergeant,
DAVID BROWN, individually and in his official capacity as Commander, and
STEPHEN P. HASLER, individually and in his official capacity as Chief of Police,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2009.**

    Defendants' Unopposed Motion for Dwight Berry to be Absent from Settlement Conference [filed May 14, 209; docket #40] is **granted**. Defendant Berry is permitted to be absent from the settlement conference set for May 26, 2009.