IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00127-WYD-MEH

MARK BUBEN,

     Plaintiff,

v.

CITY OF LONE TREE,
LONE TREE POLICE DEPARTMENT,
DWIGHT BERRY, individually and in his official capacity as an officer,
SCOTT CAVENAH, individually and in his official capacity as Sergeant,
DAVID BROWN, individually and in his official capacity as Commander, and
STEPHEN P. HASLER, individually and in his official capacity as Chief of Police,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 12, 2009.**

Plaintiff's Unopposed Motion to Amend Scheduling Order [filed June 12, 2009; docket #44] is **granted**. The Scheduling Order is amended as follows: the parties are limited to disclosing **five** expert witnesses, including rebuttal expert witnesses, per side; the expert disclosure deadline is extended up to and including **July 15, 2009**; and the rebuttal expert disclosure deadline is extended up to and including **August 14, 2009**. All other dates and deadlines set in this matter remain the same.