**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   December 10, 2010 |
| E.C.R./Reporter:      Therese Lindblom | |

Civil Action No:  **08-cv-00127-WYD-MEH**              Counsel:

**MARK BUBEN**,                                                          John C. Parks
                                                                                        Katherine A. Kelley
               Plaintiff,

v.

**CITY OF LONE TREE, et al.**,                                 Thomas S. Rice
                                                                                        Eric M. Ziporin
               Defendants.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**11:06 a.m.**     Court in Session

                         APPEARANCES OF COUNSEL.

                         Court's opening remarks.

**ORDERED:**  Defendants' Motion for Order to Resolve Issues [doc. #114], filed December 8, 2010, is **GRANTED.**

11:10 a.m.        Discussion regarding plaintiff's A.D.A. claim.

                         Defendants' Motion in Limine to Exclude Expert Testimony [doc. #86], filed November 9, 2010, is raised for argument.

11:12 a.m.        Argument by Defendants (Mr. Rice).

11:16 a.m.        Argument by Plaintiff (Mr. Parks).

| | |
|---|---|
| **ORDERED:** | Defendants' Motion in Limine to Exclude Expert Testimony [doc. #86], filed November 9, 2010, is **DEFERRED.** |
| | Plaintiff's Motion in Limine [doc. #85], filed November 4, 2010, is raised for argument. |
| 11:24 a.m. | Argument by Plaintiff (Mr. Parks). |
| 11:32 a.m. | Argument by Defendants (Mr. Rice). |
| **ORDERED:** | Plaintiff's Motion in Limine [doc. #85], filed November 4, 2010, is **DENIED.** |
| 11:34 a.m. | Discussion regarding jury instructions, witness lists, and exhibits lists. |
| **ORDERED:** | Counsel shall file a joint statement of the case jury instruction not later than **Friday, December 17, 2010.** |
| **ORDERED:** | Revised jury instructions shall be filed not later than **Monday, December 20, 2010.** |
| **ORDERED:** | Revised witness and exhibit lists shall be filed not later than **Monday, December 20, 2010.** |
| | Court's remarks regarding trial schedule. |
| **11:38 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   :32**