**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech<br>E.C.R./Reporter:      Therese Lindblom | Date:   January 10, 2011 |

| | |
|---|---|
| Civil Action No:  **08-cv-00127-WYD-MEH** | Counsel: |
| **MARK BUBEN**, | John C. Parks<br>Katherine A. Kelley |
| Plaintiff, | |
| v. | |
| **CITY OF LONE TREE, et al.**, | Thomas S. Rice<br>Eric M. Ziporin |
| Defendants. | |

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 1)**

**9:52 a.m.**   Court in Session - Jury not present

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiff's Motion to Strike Defendants' Objections to Plaintiff's Deposition Designations as Untimely [doc. #134], filed January 5, 2011, is raised for argument.

9:53 a.m.   Argument by Plaintiff (Mr. Parks).

9:54 a.m.   Argument by Defendants (Mr. Ziporin).

| | |
|---|---|
| **ORDERED:** | Plaintiff's Motion to Strike Defendants' Objections to Plaintiff's Deposition Designations as Untimely [doc. #134], is **DEFERRED.** |
| 9:57 a.m. | Discussion regarding jury selection procedures. |
| **ORDERED:** | Each side will be allowed supplemental voir dire not to exceed **fifteen (15) minutes.** |
| **10:00 a.m.** | Court in Recess |
| **10:24 a.m.** | Court in Session - Jury present |
| | Court's opening remarks to prospective jurors. |
| 10:29 a.m. | Voir dire oath given. |
| 10:40 a.m. | Voir dire by Court commences. |
| **12:24 p.m.** | Court in Recess |
| **12:43 p.m.** | Court in Session - Jury present |
| 12:43 p.m. | Voir dire by Court continues. |
| **1:22 p.m.** | Court in Recess |
| **2:34 p.m.** | Court in Session - Jury present |
| | Voir dire by Court continues. |
| 3:22 p.m. | Voir dire by Plaintiff (Mr. Parks). |
| 3:34 p.m. | Voir dire by Defendants (Mr. Rice). |

Challenges for Cause:

1)   100179658
2)   100175179
3)   100179614
4)   100175970

Challenges by Plaintiff:

1) 100197510
2) 100165721
3) 100186860

Challenges by Defendants:

1) 100169386
2) 100163422
3) 100176381

3:42 p.m.      Jury sworn to try:

1) 100162633   2) 100161052
3) 100169510   4) 100168382
5) 100180872   6) 100183837
7) 100191724   8) 100174470
9) 100175321   10) 100162956

3:44 p.m.      Bench conference regarding time limits for opening statements.

**ORDERED:**   Opening statements shall not exceed **thirty (30)  minutes per side.**

3:45 p.m.      Court reads preliminary jury instructions.

**3:56 p.m.**   Court in Recess

**4:19 p.m.**   Court in Session - Jury not present

               Discussion regarding objection by defendants to exhibits being used in opening statements.

4:23 p.m.      Jury enters

**Exhibit(s) 66, 73, 184, 185, 186, RECEIVED.**

4:27 p.m.      Opening statement by Plaintiff (Mr. Parks).

4:57 p.m.      Opening statement by Defendants (Mr. Rice).

**5:20 p.m.**   Court in Recess - TRIAL CONTINUED

**TOTAL TIME:   5:10**