**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 13, 2011 |
| E.C.R./Reporter:    Therese Lindblom | |

Civil Action No:  **08-cv-00127-WYD-MEH**      Counsel:

**MARK BUBEN**,                                                      John C. Parks
                                                                      Katherine A. Kelley
          Plaintiff,

v.

**CITY OF LONE TREE, et al.**,                              Thomas S. Rice
                                                                      Eric M. Ziporin
          Defendants.

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 4)**

**9:09 a.m.**   Court in Session - Jury not present

                Discussion regarding the issue regarding answers to interrogatories.

9:13 a.m.      Jury enters

9:14 a.m.      Plaintiff's witness **Jan E. Helen** sworn.

                Direct examination by Plaintiff (Mr. Parks).

9:32 a.m.      Cross examination by Defendants (Mr. Ziporin).
                ***EX ID:***    ***deposition of Jan E. Helen (6/9/09) for purposes of
                                impeachment***

9:47 a.m.      Re-Direct examination by Plaintiff (Mr. Parks).
                ***EX ID:***    ***deposition of Jan E. Helen (6/9/09) for purposes of
                                rehabilitation***

| | |
|---|---|
| 9:49 a.m. | Plaintiff's witness **Edward H. Tatosian** sworn. |
| | Direct examination by Plaintiff (Mr. Parks). |

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| 10:34 a.m. | Jury excused |
| **ORDERED:** | Defendants' Motion to Exclude Expert Testimony [doc. #86], filed November 9, 2010, is **DENIED AS MOOT IN PART AND DEFERRED IN PART.**  The motion is denied as moot as it pertains to the testimony of Edward H. Tatosian and deferred as to the remaining witnesses. |
| **10:35 a.m.** | Court in Recess |
| **10:55 a.m.** | Court in Session - Jury enters |
| | Plaintiff's witness **Edward H. Tatosian** resumes. |
| 10:56 a.m. | Cross examination by Defendants (Mr. Rice).<br>*EX ID:      deposition of Ed Tatosian (9/3/09) for purposes of impeachment, A-32, 23, 28* |

**Exhibit(s) A-32 RECEIVED.**

| | |
|---|---|
| 11:39 a.m. | Re-Direct examination by Plaintiff (Mr. Parks).<br>*EX ID:    A-32, 66, A-32* |

**Exhibit(s) 40, 51, 112, 132, 165, 175, 183 RECEIVED.**

| | |
|---|---|
| 11:53 a.m. | Plaintiff's witness **Hal Stephen Wortzel** sworn. |
| | Direct examination by Plaintiff (Mr. Parks). |

*Witness tendered and accepted as an expert.*

| | |
|---|---|
| 12:35 p.m. | Jury excused |
| | Discussion regarding schedule for this afternoon and next week. |
| **12:36 p.m.** | Court in Recess |

**1:53 p.m.**     Court in Session - Jury enters

Plaintiff's witness **Hal Stephen Wortzel** sworn.

1:55 p.m.     Direct examination by Plaintiff continues (Mr. Parks).

2:05 p.m.     Cross examination by Defendants (Mr. Rice).
*EX ID:     deposition of Hal Stephen Wortzel (9/24/09) for purposes of impeachment, 178*

2:38 p.m.     Re-Direct examination by Plaintiff (Mr. Parks).
*EX ID:     178*

2:49 p.m.     Re-Cross examination by Defendants (Mr. Rice).

2:50 p.m.     Plaintiff's witness **Judy Kaye Lockwood** sworn.

Direct examination by Plaintiff (Mr. Parks).

3:17 p.m.     Jury excused until **Tuesday, January 18, 2011, at 9:30 a.m.**

Court's examination of witness.

3:23 p.m.     Argument by Defendants (Mr. Ziporin).

3:25 p.m.     Argument by Plaintiff (Mr. Parks).

3:27 p.m.     Argument by Defendants (Mr. Ziporin).

**ORDERED:**     Trial will resume on **Tuesday, January 18, 2011, at 8:30 a.m.**

**3:30 p.m.**     Court in Recess - TRIAL CONTINUED

**TOTAL TIME:   4:44**