**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 18, 2011 |
| E.C.R./Reporter:       Therese Lindblom | |

| | |
|---|---|
| Civil Action No:  **08-cv-00127-WYD-MEH** | Counsel: |
| **MARK BUBEN**, | John C. Parks |
| | Katherine A. Kelley |
| Plaintiff, | |
| v. | |
| **CITY OF LONE TREE, et al.**, | Thomas S. Rice |
| | Eric M. Ziporin |
| Defendants. | |

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 5)**

**8:48 a.m.**   Court in Session - Jury not present

8:48 a.m.   Plaintiff's witness **Judy Kaye Lockwood** resumes.

   Direct examination by Plaintiff continues (Mr. Parks).

8:51 a.m.   Court's examination of witness.

9:07 a.m.   Cross examination by Defendants (Mr. Ziporin).

9:16 a.m.   Witness excused.

**ORDERED:**   Defendants' Motion to Exclude Expert Testimony [doc. #86], filed November 9, 2010, is **GRANTED IN PART and DENIED IN PART.**

9:25 a.m.   Discussion regarding schedule of witnesses for the remainder of the trial.

| | |
|---|---|
| **9:27 a.m.** | Court in Recess |
| **9:59 a.m.** | Court in Session - Jury enters |
| 10:01 a.m. | Plaintiff's witness **Judy Kaye Lockwood** resumes. |

> Direct examination by Plaintiff continues (Mr. Parks).
> *EX ID:        A-14*

*Witness tendered and accepted as an expert.*

**Exhibit(s) A-14 RECEIVED.**

| | |
|---|---|
| 10:47 a.m. | Cross examination by Defendants (Mr. Ziporin).<br>*EX ID:        A-14, A-11* |
| 11:31 a.m. | Re-Direct examination by Plaintiff (Mr. Parks).<br>*EX ID:        A-11, 175* |
| 11:36 a.m. | Plaintiff's witness **Ronald L. Seigneur** by video deposition. |
| 12:04 p.m. | Jury excused |

> Discussion regarding deferring motions for judgment as a matter of law until the close of all the evidence and schedule for this afternoon.

| | |
|---|---|
| **12:05 p.m.** | Court in Recess |
| **2:02 p.m.** | Court in Session - Jury enters |

**Exhibit(s) A-17 RECEIVED.**

2:04 p.m.        Plaintiff's witness **Ronald L. Seigneur** continues by video deposition.

**Exhibit(s) 12, 29, 35, 166 RECEIVED.**

**Exhibit(s) 167 REFUSED.**

| | |
|---|---|
| 2:33 p.m. | Plaintiff rests. |
| 2:34 p.m. | Defendants' witness **Pasqual Grijalva** sworn. |

> Direct examination by Defendants (Mr. Ziporin).
> *EX ID:        184*

2:51 p.m.   Cross examination by Plaintiff (Ms. Kelley).
*EX ID:*     *73*

2:56 p.m.   Re-Direct examination by Defendant (Mr. Ziporin).
*EX ID:*     *73*

2:57 p.m.   Re-Cross examination by Plaintiff (Ms. Kelley).
*EX ID:*     *50*

3:00 p.m.   Defendants' witness **Richard Scott Cavenah** sworn.

Direct examination by Defendants (Mr. Ziporin).
*EX ID:*     *46, 31, 32*

**Exhibit(s) 46 RECEIVED.**

**3:34 p.m.**   Court in Recess

**3:57 p.m.**   Court in Session - Jury enters

**Exhibit(s) A-31 RECEIVED.**

3:58 p.m.   Defendants' witness **Richard Scott Cavenah** resumes.

Direct examination by Defendants continues (Mr. Parks).
*EX ID:*     *184, A-22, A-31*

4:42 p.m.   Cross examination by Plaintiff (Mr. Parks).
*EX ID:*     *deposition of Scott Cavenah (4/17/09) for purposes of impeachment, 31, A-7, 35, 184, 42*

**Exhibit(s) A-7 RECEIVED.**

5:10 p.m.   Jury excused

Discussion regarding schedule for tomorrow.

**5:11 p.m.**   Court in Recess - TRIAL CONTINUED

**TOTAL TIME:   5:31**