IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   08-cv-00127-WYD-BNB

MARK BUBEN,

    Plaintiff,

v.

CITY OF LONE TREE;
LONETREE POLICE DEPARTMENT;
DWIGHT BERRY, Individually and in his Official Capacity as an Officer;
SCOTT CAVENAH, Individually and in his Official Capacity as Sergeant;
DAVID BROWN, Individually and in his Official Capacity as Commander; and
STEPHEN P. HASLER, Individually and in his Official Capacity as Chief of Police,

    Defendants.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 24th day of January, 2011.

                                        BY THE COURT:

                                        s\ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE