IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00127-WYD-MEH

MARK BUBEN,

    Plaintiff,

v.

CITY OF LONE TREE;
LONETREE POLICE DEPARTMENT;
DWIGHT BERRY, Individually and in his Official Capacity as an Officer;
SCOTT CAVENAH, Individually and in his Official Capacity as Sergeant;
DAVID BROWN, Individually and in his Official Capacity as Commander; and
STEPHEN P. HASLER, Individually and in his Official Capacity as Chief of Police,

    Defendants.
_____

**ORDER**
_____

    The Unopposed Motion to Amend Final Judgment, filed February 3, 2011 [ECF No. 151] is **GRANTED**.  The Judgment entered January 27, 2011 [ECF No. 150] shall be amended to change any reference to Defendants' failure to mitigate "claim" or "counterclaim" to Defendants' "affirmative defense of failure to mitigate."

    Dated:  February 3, 2011

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge