IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00127-WYD-MEH

MARK BUBEN,

    Plaintiff,

v.

CITY OF LONE TREE;
LONETREE POLICE DEPARTMENT;
DWIGHT BERRY, Individually and in his Official Capacity as an Officer;
SCOTT CAVENAH, Individually and in his Official Capacity as Sergeant;
DAVID BROWN, Individually and in his Official Capacity as Commander; and
STEPHEN P. HASLER, Individually and in his Official Capacity as Chief of Police,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER is before the Count on Plaintiff's Motion to Reconsider, filed April 15, 2011 [ECF No. 165], in which Plaintiff requests that I reconsider my Order dated April 5, 2011, denying Plaintiff's Objection to Bill of Costs and Motion for Determination of Indigence.  I have reviewed the motion and the record in this case and I find no compelling reason to reconsider my prior ruling on this issue.  Therefore, it is hereby

    ORDERED that Motion to Reconsider, filed April 15, 2011 [ECF No. 165] is **DENIED**.

Dated: April 19, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge